**Order entered April 16, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00016-CV

### NANCY RANGEL AND ALL OTHER OCCUPANTS OF 2808 SAN MARCUS AVE., DALLAS, TEXAS 75228, Appellant

### V.

### MCMACKIN BEAM REVOCABLE TRUST, LESLIE BEAM, TRUSTEE, Appellee

**On Appeal from the County Court at Law No. 2
Dallas County, Texas
Trial Court Cause No. CC-13-05738-B**

## ORDER

Before the Court is appellee's April 2, 2014 amended motion to dismiss the appeal. Appellants are appealing the trial court's judgment in a forcible detainer action awarding possession of the property, unpaid rent, and attorney's fees to appellee. Appellee seeks to dismiss the appeal because it now has possession of the property. Although the issue of possession is now moot, the award of unpaid rent and attorney's fees remains in controversy. *See Rice v. Pinney*, 51 S.W.3d 705, 707-08 (Tex. App.—Dallas 2001, no pet.). Accordingly, we **DENY** appellee's amended motion to dismiss the appeal.

In a letter dated March 18, 2014, the Court requested that appellants file, within ten days, notice that they have requested preparation of the reporter's record and written verification that

appellants have paid or made arrangements to pay the reporter's fee. We cautioned appellants that failure to provide the requested documentation within the time requested may result in the appeal being submitted without a reporter's record. As of today's date, appellants have not provided the documentation. Accordingly, we **ORDER** the appeal submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

Appellants' brief is due on May 16, 2014.

/s/ ADA BROWN
   JUSTICE